# UNITED STATES DISTRICT COURT

__EASTERN__         District of         __MICHIGAN__

UNITED STATES OF AMERICA

v.

PATRICIA PADGISKI
_Defendant_

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Case Number: 10-30040

FILED FEB 02 2010 CLERK'S OFFICE DETROIT

Upon motion of the __GOVERNMENT__, it is ORDERED that a detention hearing is set for __2/3/10__ * at __1:00 PM__
                                            _Date_                _Time_

before __THE DUTY MAGISTRATE JUDGE__
       _Name of Judicial Officer_

__231 W. LAFAYETTE, ROOM 114, DETROIT, MI 48226__
_Location of Judicial Officer_

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____

__UNITED STATES MARSHAL__ ) and produced for the hearing.
_Other Custodial Official_

Date: __2/2/10__                                        _Judge_ [signature]

                                              MAGISTRATE JUDGE MONA K. MAJZOUB

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to fiv[e] days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted onl[y] by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judici[al] officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate or attempt to threaten, injure, or intimidate a prospective witness or juror.