UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,                CRIMINAL NO. 10-cr-20082

-vs-                                      HONORABLE DAVID M. LAWSON

D-2 PATRICIA PODGAJSKI,

                Defendant.
_____/

## DEFENDANT'S ACKNOWLEDGEMENT OF INDICTMENT

     I, PATRICIA PODGAJSKI, defendant in the above-entitled cause, hereby acknowledge that I have received a copy of the INDICTMENT, in the above-entitled cause prior to pleading thereto, and I have read the same and understand the contents thereof.

     I know that if I am convicted or plead guilty, I may be sentenced as follows:

     As to Count One:  **Sexual Exploitation of Children**
          Not Less Than 15 Years, Up to 30 Years in Prison and/or $250,000, or both

FILED
FEB 23 2010
CLERK'S OFFICE
DETROIT

_____
PATRICIA PODGAJSKI
DEFENDANT

## ACKNOWLEDGEMENT OF DEFENSE COUNSEL

     I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
COUNSEL FOR DEFENDANT
2/23/10