UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        CRIMINAL NO. 10-20082

vs.

                      HONORABLE DAVID M. LAWSON

D-1 PATRICIA PODGAJSKI,

        Defendant.
_____/

## MOTION TO DISMISS INDICTMENT

NOW COMES the UNITED STATES OF AMERICA, by and through its attorneys, BARBARA L. MCQUADE, United States Attorney, and Jeanine Jones and Louis Gabel, Assistant U.S. Attorneys, and respectfully moves this Court for leave to dismiss without prejudice the indictment in the above-entitled case, and in support of this motion avers as follows:

The reason for dismissal: The Defendant is pleading guilty to a related felony offense in state court.

Presented by:

*s/Barbara L. McQuade*                        *s/Louis Gabel*
BARBARA L. MCQUADE               LOUIS GABEL
United States Attorney                  Assistant United States Attorney


*s/Jeanine Jones*
JEANINE JONES
Assistant United States Attorney


Date: June 25, 2010