**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

THE UNITED STATES OF AMERICA,

        Plaintiff,               CRIMINAL NO.   10-20082

v.

D-2   PATRICIA ANN PODGAJSKI,      HONORABLE DAVID M. LAWSON

        Defendant.

_____/

**STIPULATION CONCURRING IN THE RELIEF SOUGHT IN THE GOVERNMENT'S MOTION TO DISMISS THE INDICTMENT**

Through their respective counsel, the parties stipulate and agree to the relief sought in the Government's June 25, 2010 Motion to Dismiss Indictment [Dkt. No. 26].  Specifically, the Government sought and obtained the concurrence of defense counsel prior to filing the motion.

**IT IS SO STIPULATED**.

BARBARA L. McQUADE
United States Attorney

| | |
|---|---|
| s/Louis P. Gabel | s/With Consent of Richard Helfrick |
| Assistant U.S. Attorney | Richard Helfrick |
| 211 W. Fort Street | Federal Defender Office |
| Suite 2001 | 613 Abbott Street, Fifth Floor |
| Detroit, MI  48226 | Detroit, MI 48226 |
| (313) 226-9756 | (313) 967-5867 |

June 28, 2010