UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

Case No. 10-20082

Honorable David M. Lawson

v.

PATRICIA PODGAJSKI,

        Defendant.

_____/

**ORDER GRANTING THE PLAINTIFF'S MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE AND DISMISSING THE INDICTMENT**

The matter is before the Court on the plaintiff's motion to dismiss the indictment against defendant Patricia Podgajski. The government moves to dismiss the indictment without prejudice because the defendant is pleading guilty to a related felony offense in state court. The defendant consents to the relief requested in the motion. The Court will grant the plaintiff's motion.

Accordingly, it is **ORDERED** that the plaintiff's motion to dismiss indictment without prejudice [dkt. #26] is **GRANTED**.

It is further **ORDERED** that the indictment against defendant Patricia Podgajski is **DISMISSED** without prejudice and the defendant's appearance bond is **CANCELLED** and the defendant is **DISCHARGED**.

                              s/David M. Lawson
                              DAVID M. LAWSON
                              United States District Judge

Dated: June 30, 2010

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 30, 2010.

        s/Teresa Scott-Feijoo
        TERESA SCOTT-FEIJOO